

Jeremy W. Katz (SBN: 119418)
Linda Sorensen (SBN: 72753)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Email: lsorensen@pinnaclelawgroup.com
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiff
FRED HJELMESET, TRUSTEE

The following constitutes
the order of the court. Signed March 12, 2013

_Charles Novack_

**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Case No.: 11-53640 CN 7 |
| RICHARD FERGUSON TIPTON, | Chapter 7 |
| Debtor. | |

| FRED HJELMESET, Chapter 7 Trustee of the bankruptcy estate of Richard Ferguson Tipton, Debtor, | **Adversary Proceeding No. 12-05233** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LITKE O'FARRELL, LLC, | |
| Defendant. | |

Pursuant to the stipulation for judgment between Plaintiff FRED HJELMESET, TRUSTEE (the "Trustee" or "Plaintiff") and Defendant LITKE O'FARRELL, LLC ("Litke" or "Defendant") (the "Stipulation"), and good cause appearing therefor, it is hereby

ORDERED, that the Stipulation is approved, and:

1. Trustee is granted judgment against the Defendant pursuant to 11 U.S.C. §547 avoiding the lien of the Charging Order as identified in the Stipulation, and preserving the

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104

avoided lien for the benefit of the estate, as to any otherwise affected asset not abandoned or exempted from the estate. This relief affects the assets scheduled by Debtor in his Amended Schedule B, subsections 13 and 14, filed May 15, 2012 [ECF # 72], attached to the Stipulation for convenience (the "Affected Assets");

    2.    Use or sale of the Affected Assets free and clear of any lien of Litke is hereby authorized, with a declaration that Litke's Charging Order lien therein is void against the Trustee's interest in the Affected Assets, and a declaration that the Affected Assets and their proceeds may be administered by the Trustee as free and clear of any liens claims by Litke;

    3.    Any proceeds of Debtor's interests in the Affected Assets shall be turned over by the managers of such Affected Assets and/or holder(s) of such monies, to the Trustee, including without limitation the distribution from Firestone Lodge Partners;

    4.    Litke shall have no lien claim against assets that the Trustee recovers from third parties including but not limited to Marcia Tipton through exercise of avoiding powers granted to the Trustee by law;

    5.    No money judgment shall be granted against Litke on account of prepetition bank levies or pursuant to 11 U.S.C. 362 for actions taken prior to execution of this Stipulation;

    6.    Tax refunds in which Debtor has or had an interest, and causes of action arising from their disposition, are declared not subject to any lien of Litke;

    7.    Litke is hereby granted relief from the automatic stay to enforce its judgment as against accounts receivable, tangible chattel paper, equipment, farm products, inventory, and negotiable documents of title (except registered vehicles and vessels);

    8.    The Trustee's objection to Litke's Claim No. 29 is withdrawn with prejudice; and

    9.    The parties shall bear their own costs of the Adversary Proceeding, including attorney's fees.

**END OF ORDER**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104

1    COURT SERVICE LIST

2    Litke O'Farrell, LLC
     c/o Richard B. Gullen
3    Rossi, Hamerslough, Reischl
     and Chuck
4    1960 The Alameda, Ste. 200
     San Jose, CA 95126-1493
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28